Submitted August 3, reversed September 26, 2012

In the Matter of P. F.,
Alleged to be a Mentally Ill Person.
## STATE OF OREGON,
*Respondent,*

*v.*

## P. F.,
*Appellant.*

Washington County Circuit Court
C100089MC; A147380

289 P3d 267

Susan D. Isaacs filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Anna M. Joyce, Solicitor General, and Inge D. Wells, Senior Assistant Attorney General, filed the brief for respondent.

Before Armstrong, Presiding Judge, and Brewer, Judge, and Duncan, Judge.

PER CURIAM

**PER CURIAM**

Appellant seeks reversal of a judgment committing him to the custody of the Mental Health Division on the basis that, because of a mental disorder, appellant is dangerous to himself. ORS 426.130; ORS 426.005(1)(e)(A). He contends that the state failed to establish by clear and convincing evidence that he presented a danger to himself. The state concedes that the evidence is legally insufficient to support involuntary commitment. We agree and accept the state's concession; accordingly, we reverse.

Reversed.